**Order entered January 13, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00031-CV

**YOUNG YOO, IRVING SUPERMART, L.L.C. AND ACACIA LAS LOMAS, L.L.C.,**
**Appellants**

**V.**

**A-1 MARKETING, INC., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05632**

## ORDER

Before the Court is appellants' January 10, 2020 second motion to extend time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 10, 2020. We caution appellants that further extension requests will be disfavored.

/s/ KEN MOLBERG
JUSTICE